UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONRADO PEREZ, | No.  2:25-cv-3172 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT RUDAS, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is plaintiff's "Request for Subpoena" filed February 27, 2026.  (ECF No. 27.)  For the following reasons, plaintiff's request for subpoena is denied.

On December 1, 2025, plaintiff filed a Notice of Election form in which plaintiff opted to proceed with his Eighth Amendment claim against defendant Rudas.  (ECF No. 15.)  Under this option, plaintiff consented to the dismissal of the Eighth Amendment claims against defendants Vasuki and Olsen without prejudice.  (Id.)  On December 9, 2025, this Court ordered service of defendant Rudas as to plaintiff's claim alleging that defendant Rudas provided inadequate medical care in violation of the Eighth Amendment during and after the removal of plaintiff's ingrown toenail, causing the amputation of plaintiff's toe.  (ECF No. 17.)  On March 16, 2026, defendant Rudas filed an answer to the complaint.  (ECF No. 30.)

1

In the request for subpoena, plaintiff alleges that former defendants Vasuki and Olsen failed to properly treat plaintiff's foot injury caused by defendant Rudas.  (ECF No. 27 at 1-2.) Plaintiff requests that former defendants Vasuki and Olsen be subpoenaed and questioned.  (Id. at 2.)  Plaintiff appears to request that the Court investigate former defendants Vasuki and Olsen on plaintiff's behalf.  The Court is not authorized to conduct investigations on plaintiff's behalf.  For this reason, plaintiff's request that former defendants Vasuki and Olsen be subpoenaed and questioned is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoena (ECF No. 27) is denied.

Dated:  April 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pere3172.ord(2)/2