UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CONRADO PEREZ,<br>Plaintiff,<br>v.<br>ROBERT RUDAS,<br>Defendant. | No. 2:25-cv-3172 TLN CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is defendant's motion to opt out of the Post-Screening ADR Project. (ECF No. 34.) Good cause appearing, defendant's motion is granted.

On June 10, 2026, plaintiff filed a motion for an assistant translator. (ECF No. 35.) Plaintiff states that on December 4, 2025, plaintiff had a bad stroke. (Id. at 1.) Following the stroke, plaintiff could not walk, think or see straight. (Id.) After a while, plaintiff had aphasia, which plaintiff describes as a language disorder that affects the ability to communicate. (Id.) Plaintiff claims that the aphasia is caused by an injury to the part of his brain that controls speech and language. (Id.) Plaintiff states, "Now I understand that I'm too late for this motion but if I do go to a hearing, can the court assign me a translator?" (Id.)

For the following reasons, plaintiff's request for a translator is denied without prejudice. Plaintiff appears to request a translator to speak for him in court because his ability to verbally

communicate is affected by aphasia. As no court hearings are scheduled in this action at this time, plaintiff's request for a translator to assist him at court hearings is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 34) is granted.

2. The stay of this action is lifted.

3. Plaintiff's motion for a translator (ECF No. 35) is denied without prejudice.

Dated: July 27, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pere3172.opt/2