IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE CONRADO PEREZ,**<br>Plaintiff,<br>**v.**<br>**ROBERT RUDAS,**<br>Defendant. | 2:25-cv-03172-TLN-CSK<br>**ORDER GRANTING DEFENDANT'S REQUEST TO VACATE THE DISCOVERY AND PRETRIAL MOTION DEADLINES** |

Defendant Robert Rudas, M.D., has requested that the Court vacate the discovery and pretrial motion deadlines set in its July 30, 2026 Discovery and Scheduling Order pending resolution of the forthcoming motion to consolidate this case and *Perez v. Vasuki*, No. 2:26-cv-02647-ICD (E.D. Cal.). The Court has read and considered Defendant's request and the accompanying declaration of counsel and finds that good cause exists to grant the request. Fed. R. Civ. P. 16(b)(4). Accordingly, IT IS HEREBY ORDERED that:

Defendant's Request to Vacate the Discovery and Pretrial Motion Deadlines (ECF No. 40) is GRANTED. After the Court rules on the motion to consolidate the cases, the Court will thereafter issue an amended Discovery and Scheduling Order.

///

Dated: October 28, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Perez3172.vac/2